IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

HENRY TY LAWLER III,

      Petitioner,

v.

STATE OF FLORIDA,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1229

Opinion filed April 1, 2015.

Petition for Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Henry Ty Lawler III, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      The petition alleging ineffective assistance of appellate counsel is denied on the
merits.

WOLF, BENTON, and RAY, JJ., CONCUR.